UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOSEPH STONE, | ) |
| Petitioner, | ) |
| v. | ) No. 3:04-cv-00314 |
| | ) Chief Judge Haynes |
| WAYNE BRANDON, Warden, | ) |
| Respondent. | ) |

## ORDER

Before the Court is Petitioner's motion for equitable relief from judgment (Docket Entry No. 44). The United States Supreme Court recently granted certiorari in Trevino v. Thaler, 449 Fed.App'x 415 (5th Cir. 2011), cert. granted 568 U.S. ___ (Oct. 29, 2012) (U.S. No. 11-10189), addressing the applicability of Martinez v. Ryan, 566 U.S. ___ (2012). Martinez is potentially dispositive of this action. Accordingly, this action is **ADMINISTRATIVELY CLOSED**, but may be reopened upon motion of any party after the Supreme Court's resolution of Trevino v. Thaler.

It is so **ORDERED**.

ENTERED this 19th day of March, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court.