UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOSEPH STONE, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> ) <br> WAYNE BRANDON, Warden, ) <br> ) <br> Respondent. ) | No. 3:04-cv-00314 <br> Chief Judge Haynes |

## ORDER

Before the Court is Petitioner's motion for equitable relief from judgment (Docket Entry No. 44). The United States Supreme Court recently granted certiorari in <u>Trevino v. Thaler</u>, 449 Fed.App'x 415 (5th Cir. 2011), <u>cert. granted</u> 568 U.S. ___ (Oct. 29, 2012) (U.S. No. 11-10189), addressing the applicability of <u>Martinez v. Ryan</u>, 566 U.S. ___ (2012). <u>Martinez</u> is potentially dispositive of this action. Accordingly, this action is **ADMINISTRATIVELY CLOSED**, but may be reopened upon motion of any party after the Supreme Court's resolution of <u>Trevino v. Thaler</u>.

It is so **ORDERED**.

ENTERED this ___ day of March, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court.